IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MONIKA GRANTZ,<br><br>    Plaintiff,<br><br>v.<br><br>PENNCRO ASSOCIATES, INC. and Fictitious Defendants A, B, and C, all of whose true and correct names are not further known to Plaintiff at this time, but when ascertained, will be added by way of amendment,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Civil Action No.<br>) 1:07-cv-00933-TCB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff Monika Grantz and Defendant Penncro Associates, Inc., by and through its undersigned counsel, and file this Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby dismissing this action with prejudice as to all defendants.

SO STIPULATED to this 16th day of July 2007.

FRANZÉN AND SALZANO, P.C.

/s/ Keary Floyd
Keary Floyd
Georgia Bar No. 142398
John H. Bedard, Jr.
Georgia Bar No. 043473

1

40 Technology Parkway South, Suite 202
Norcross, Georgia 30092
Phone: (770) 248-2885
Fax: (770) 248-2883
Email: kfloyd@franzen-salzano.com
*Attorneys for Penncro Associates, Inc.*

THE MCALEER LAW FIRM, P.C.

/s/ C. McAleer

Charles H. McAleer
Georgia Bar No. 480098
121 Church Street
Decatur, GA 30030
404-816-7374
*Attorney for Plaintiff*